UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISRAEL GAOMRO, NORBERTO MASTRANDO AND
OSCAR SANCHEZ, INDIVIDUALLY AND ON BEHALF OF OTH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

15 Civ. 26 (9)(7)

- against -

KOODO SUSHI CORP (DBA KOODO SUSHI)
RAYMOND KOO AND MICHELLE KOO

NOTICE OF APPEARANCE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, __MICHELLE KOO__ (name), a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __NEW YORK__ (town/city), __NY__ (state)
__MAY__ __11__, 20__15__

Signature of Defendant

__55 LIBERTY ST__
Address

__NY    NY   10005__
City, State & Zip Code

__212 425 2890__
Telephone Number

__212 425 2891__
Fax Number (if you have one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/15

Rev. 05/2007                               3