USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISREAL GAMERO, NORBERTO MASTRANZO AND
OSCAR SANCHEZ, INDIVIDUALLY AND ON BEHALF OF OTH

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

15 Civ. 26 (9)(7)

**ANSWER**

- against -

KOODO SUSHI CORP (DBA KOODO SUSHI)
RAYMOND KOO AND MICHELLE KOO

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

## I
### ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. DENY: RAYMOND KOO HAS NO INTEREST, NOR POSITION IN THIS CORP.

2. ADMIT

3. DENY: ONLY MICHELLE KOO IS OWNER, MANAGER. (HAVE 13 YEAR TAX RETURN TO PROVE)

4. DENY: DISHWASHER GOT PAID TO CLEAN OUT LEAKING FROM DRAIN DUE TO HIS OWN FAULT. (LACK OF CLEAN). FIXING FLOOR GOT ADDITIONAL PAYMEN

5. DENY: ANYONE WORKING IN THIS RESTAURANT ALL GOT PAID FOR OVERTIME.

6. DENY: WE HAVE ALL RECORDS FOR EVERY EMPLOYEES WITH THEIR SIGNAT

7. DENY: WE HAVE ALL FACT TO PROVE, THAT RESTAURANT COMPLITLY CLOSED DURING 3PM TO 5PM, MONDAY THROUGH FRIDAY. (VIDEO TAPE

8. DENY: DELIVERY ONLY NEED TO VACCUM THE STAIRS (13 STAIRS) THEY STORED THEIR BIKES. CUTTING CARDBORDS FOR THEIR OWN DELIVERY ITEMS.

9. DENY: WE PAID EVERY DELIVERY STAFF $5.00 PER HOURS NET, WHICH WAS $5.87 PER HOUR, MINUS EMPLOYEE MEAL + TIME.

10. DENY: NOT TRUE AT ALL.

## II
### DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE: _MICHELLE KOO_

SECOND DEFENSE: _____

THIRD DEFENSE: _____

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _11_ day of _MAY_, 20_15_

Signature of Defendant _____

Address _53 LIBERTY ST_
_NY NY 10005_

Telephone Number _212 725 2890_

Fax Number (if you have one) _212 725 2891_

11. DENY. WE ARE LUNCH BUSINESS. DINNER ONLY DELIVERY. WE HIRED DELIVERY FOR DINNER ONLY. DISHWASH HAS NO JOB TO BE AT NIGHT. WE HAD ALL THE PROVE THAT, DISHWASHER GOT MORE THEN 1/3 OF TIPS OF ENTIRE RESTAURANT

12. DENY. WE NEVER DEDUCT ANY AMOUNT FROM TIPS BY OURSELF.

13. DENY  TOTAL NOT TRUE

14. DENY.  ANSWERED ON #5. IF ANY OVER TIME, ALL PAID 1½.

15. DENY.  FAULT, WE HAVE EVERYTHING TO PROVE INSOENT.

16. N/A

17. N/A

18. N/A

19. DENY. DATE WAS WRONG. WE WILL PROVIDE DETAIL RECORD

20. ADMIT

21. ADMIT

22. ADMIT

23. ADMIT

24. DENY. HE NEVER HAD ANYTHING TO DO WITH CORP, BESIDE GETTING THE CORP PAPER.

25. ADMIT

26. ADMIT

27. DENY.  ONLY MICHELLE KOO. (WE HAVE ALL PAPERS TO PROVE)

28. DENY.  SAME RESONE AS #27

29. DENY.  SAME RESONE AS #27

30. DENY.  SAME RESONE AS #27

31. N/A

32. DENY.  FAULT

33. DENY.  SAM RESONE AS #27

34. DENY.  SEE TAX RETURNS

③

35. DENY.
36. DENY. DISHWASHER GOT PAID FROM 11AM-3PM LESS LUNCH BREAK. GOT PAID FOR DELIVERY FROM 5PM-10PM LESS DINNER BREAK.
37. N/A
38. DENY. DATE WAS WRONG
39. ADMIT
40. DENY.
41. DENY.
42. DENY.
43. N/A
44. DENY. WE HAD DETAIL RECORD.
45. DENY. WE HAD DETAIL RECORD.
46. DENY. WE HAD DETAIL RECORD.
47. DENY. WE HAD DETAIL RECORD WITH HIS OWN SINGANATURE.
48. ADMIT.
49. DENY. HE GOT PAID BY HOURS. $5.75 PER HOUR, LESS MEAL.
50. DENY. NEVER HAPPENED.
51. DENY. NEVER HAPPENED. INSTEAD ALWAYS DRUNK DURING WORK
52. DENY. EVERYONE WORK AS DELIVERY ALL NOTICED AND SIGNED PAPER.
53. DENY. SEAMLESS WITHHOLD NOT KOODO SUSHI (WE HADPROVE)
54. DENY.
55. DENY. WE HAD DAILY RECORD
56. DENY. POST ALWAYS ON THE KITCHEN WALL.
57. DENY. EVERY MONDAY PAY FOR THE PREVISE WEEK.
58. DENY. WE HAVE PICTURE TO PROVE.
59. ADMIT.
60. DENY. HE PROFPRM DISHWASH MONDAY THROUGH FRIDAY (BESIDE HOLIDAY)

④

61. DENY: 11:00AM—3:00PM GOT PAID FOR DISHWASHER. 5:00PM—10:00PM DELIVERY.
62. DENY: ONCE A WEEK; SUPPLIES FROM NYC.
63. N/A
64. ADMIT: GOT OVERTIME PAY.
65. DENY: 11AM—3PM DISHWASHER 5PM—10PM DELIVERY. (USUALLY LEFT EARLIER, STILL GOT PAID)
66. ADMIT.
67. DENY: HOURLY PAID = 6/14/10 $460; 6/21/10 $450; 6/28/10 $460. ETC.
68. DENY: HOURLY PAID.
69. DENY.
70. DENY.
71. DENY. EVERY EMPLOYEE HAD TWO MEAL OR MORE PER DAY (LUNCH, DINNER, SOMETIME BREAKFAST)
72. N/A
73. DENY. ONLY SEAMLESSWEB WITHHOLDING. NOT THE RESTAURANT.
74. DENY.
75. DENY. WE HAD DETAIL RECORD.
76. DENY. HE SIGNED FOR EVERY STATEMENT OF PAY   PUT ON )
77. DENY. ALL POSTS ARE IN THE KITCHEN. (SOME OF THEM HE HELPED TO
78. DENY. IN ENGLISH.
79. DENY.
80. DENY. LUNCH DISHWASHER, DINNER DELIVERY.
81. DENY. WE DID NOT PURCHASE GOODS BY OURSELF UNTIL LATE 2010.
82. N/A
83. ADMIT.
84. ADMIT.
85. DENY.
86. ADMIT.

87. DENY.
88. DENY.
89. DENY.
90. DENY.
91. DENY. NEVER HAPPENED.
92. DENY. NEVER HAPPENED.
93. DENY. WE HAVE DETAIL RECORD. HE HAD NOTEBOOK TO RECORD.
94. DENY. EVERY PAY RECORDED, SIGNED.
95. DENY. POSTS INSIDE KITCHEN ON THE WALL.
96. DENY. NOTICED IN ENGLISH.
97. DENY. WE PROVIDE ALL TOOLS & UNIFORMS.
98. DENY. WE PAID ALL OVERTIME FOR EVERY EMPLOYEES.
99. DENY. NEVER HAPPENED
100. DENY. NEVER HAPPENED
101. DENY. NEVER HAPPENED
102. DENY. NEVER HAPPENED
103. DENY. NEVER HAPPENED
104. DENY. NEVER HAPPENED
105. DENY. NEVER HAPPENED
106. DENY. NEVER HAPPENED
107. DENY. NEVER HAPPENED
108. DENY. NEVER HAPPENED
109. DENY. NEVER HAPPENED
110. DENY. NEVER HAPPENED
111. ADMIT
112. DENY. WE HAVE ALL RECORD FOR HIS HOURS

(6)

113 DENY. NEVER HAPPENED

114 DENY. NEVER HAPPENED

115 DENY. NEVER HAPPENED

116. DENY. POSTED IN KITCHEN WALL, UPDATED EVERY TIME NEW POST ARRIVAL.

117. DENY. NEVER HAPPENED

118. DENY. THIS PLAINTIFF HAD SICK DAUGHTER, WE ALWAYS HELP HIS WITH EARLY DISMISS, LATE ARRIVAL & EARLY PAY, ADVANCE PAY. ETC

119 DENY

120 DENY

121 DENY

122 DENY

123 DENY

124 DENY

125 DENY

126 DENY

127 DENY

128 DENY

129 DENY

130 DENY

131 N/A

132 DENY

133 DENY

134 DENY

135 DENY

136 DENY

137 DENY

(7)

138. DENY
139. DENY
140. DENY
141. DENY
142. DENY
143. DENY
144. DENY
145. DENY
146. DENY
147. DENY
148. DENY
149. DENY
150. DENY
151. DENY
152. DENY
153. DENY
154. DENY
155. DENY
156. DENY
157. DENY
158. DENY
159. DENY
160. DENY
161. ~~DENY~~ N/A