USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 14, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                       :
ISRAEL GAMERO, *et al.*,                               :
                                                       :
                           Plaintiffs,                 :          15 Civ. 2697 (KPF) (SN)
                                                       :
              v.                                       :          ORDER OF REFERENCE
                                                       :          TO A MAGISTRATE JUDGE
KOODO SUSHI CORP., *et al.*,                           :
                                                       :
                           Defendants.                 :
                                                       :
------------------------------------------------------X

KATHERINE POLK FAILLA, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| **X** | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

The parties are directed to contact the chambers of Magistrate Judge Netburn to schedule a settlement conference in or about **14 days** from the date of this Order.

SO ORDERED.

Dated:      August 14, 2015
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Michelle Koo
55 Liberty Street
New York, NY 10005