UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ISRAEL GAMERO, et al.,

                            **Plaintiffs,**　　　　　15-CV-02697 (KPF)(SN)

          -against-　　　　　　　　　　　**SETTLEMENT
　　　　　　　　　　　　　　　　　　　　　　　CONFERENCE ORDER**

KOODO SUSHI CORP., et al.,

                            **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 14, 2015, the Honorable Katherine Polk Failla referred this matter to my docket. Pursuant to the July 16, 2015 Civil Case Management Plan and Scheduling Order, the parties are to appear for a settlement conference before this Court "[w]ithin the next 90 days." The parties must contact Chambers at (212) 805-0286 no later than Friday, August 21, 2015, to schedule a settlement conference.

**SO ORDERED.**

                                                                        _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:　　New York, New York
　　　　　　August 17, 2015

cc:　　　　Michelle Koo (*By Chambers*)
　　　　　　55 Liberty Street
　　　　　　New York, NY 10005
　　　　　　PRO SE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2015