UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL GAMERO, et al.,

                               Plaintiffs,

        -against-

KOODO SUSHI CORP., et al.,

                               Defendants.

-----------------------------------------------------------------X

15-CV-02697 (KPF)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2015

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Wednesday, October 07, 2015, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. As further explained in my Procedures, all parties – not just the attorneys – must attend the settlement conference in person. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the <u>Ex Parte</u> Settlement Letter, which is to be submitted by Wednesday, September 30, 2015. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      New York, New York
                  August 19, 2015

cc: Michelle Koo (*By Chambers*)
55 Liberty Street
New York, NY 10005
PRO SE