USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 9, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
ISRAEL GAMERO, *et al.*,

                        Plaintiffs,      15 Civ. 2697 (KPF)

          v.                                ORDER

KOODO SUSHI CORP., *et al.*,

                        Defendants.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      On October 8, 2015, the Court was informed that the parties failed to resolve this matter during their settlement conference before Judge Netburn. Accordingly, the parties are hereby ORDERED to appear for a conference on **October 21, 2015, at 4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith; therefore, *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated:    October 9, 2015
             New York, New York

                                                 KATHERINE POLK FAILLA
                                             United States District Judge

*A copy of this Order was mailed by Chambers to:*

Michelle Koo
55 Liberty Street
New York, NY 10005