USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 22, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISRAEL GAMERO, NORBERTO MASTRANZO, and OSCAR SANCHEZ, on behalf of themselves and others similarly situated,

                Plaintiffs,

-v.-

KOODO SUSHI CORP., RAYMOND KOO, MICHELLE KOO,

                Defendants.

15 Civ. 2697 (KPF)

**Order for Limited Appearance
of Pro Bono Counsel**

KATHERINE POLK FAILLA, District Judge:

    Pursuant to the Court's discussions with attendees at the pretrial conference held in this matter on October 21, 2015, the Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Defendant Michelle Koo for the limited purposes of reviewing the case with her, advising her of the statutes implicated by the litigation and the options available to her, contacting and discussing the litigation with counsel for Plaintiffs and, if appropriate, participating in the resumption of settlement discussions before this Court or before the Honorable Sarah Netburn, United States Magistrate Judge.  If *pro bono* counsel is located, such counsel shall represent Ms. Koo solely for those purposes and that representation will terminate when those purposes have been fulfilled.

Also as discussed at the October 21 conference, the parties are to submit a joint letter to the Court on or before December 18, 2015, advising the Court of the status of the matter.

SO ORDERED.

Dated:   October 22, 2015
         New York, New York

                                                                   _____
                                                                   KATHERINE POLK FAILLA
                                                                   United States District Judge

*Order Sent by First Class Mail to:*
Michelle Koo
55 Liberty Street
New York, NY 10005