UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

ISRAEL GAMERO, NORBERTO
MASTRANZO, AND OSCAR SANCHEZ,
*individually and on behalf of others similarly situated*,

        Plaintiffs,

   -against-

KOODO SUSHI CORP. (d/b/a KOODO SUSHI), RAYMOND KOO and MICHELLE KOO,

        Defendants.

--------------------------------------------------------

Index No. 15 cv 2697 (KCF)

**NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL**

To the Clerk of the Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of Michelle Koo, Defendant, solely for the limited purpose contained within the Order for Limited Appearance of Pro Bono Counsel filed on October 22, 2015 in the above-captioned case. (Docket No. 21).

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 16, 2015

SEYFARTH SHAW LLP

By: _____
Joanna S. Smith (JS 6471)
jssmith@seyfarth.com
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant
Michelle Koo