USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 7, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
   ISRAEL GAMERO, *et al.*,

                             Plaintiffs,       15 Civ. 2697 (KPF)

            v.                               ORDER

   KOODO SUSHI CORP., *et al.*,

                             Defendants.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

     In light of the appointment of pro bono counsel, and the Court's order directing the parties to submit a joint status letter by December 18, 2015 (Dkt. #20), the pre-trial conference scheduled for December 10, 2015, is hereby adjourned *sine die*.

     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith; therefore, *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962).

     SO ORDERED.

Dated:    December 7, 2015
              New York, New York

                                                      *Katherine Polk Failla*
                                            KATHERINE POLK FAILLA
                                            United States District Judge

*A copy of this Order was mailed by Chambers to:*

Michelle Koo
55 Liberty Street
New York, NY 10005