# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5566

Writer's e-mail
jssmith@seyfarth.com

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 16  AM 10: 17

December 10, 2015

**VIA U.S.MAIL**

The Pro Se Intake Unit
United States District Court Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007

    Re:   *Gamero et al. v Koodo Sushi Corp. et al.*
           **Case No.: 15-CV-02697 (KPF)**

To Whom It May Concern:

    I write this letter on behalf of Defendant Michelle Koo in the above-referenced case. On November 17, 2015, I filed a notice of limited appearance of pro bono counsel on behalf of Ms. Koo pursuant to Judge Failla's Order in the above-referenced matter, dated October 22, 2015. (Docket No. 21). Shortly after I filed the limited notice of appearance, Ms. Koo travelled to China on family business and only just returned to New York this week. I myself will be out of the country until December 20th. In light of these scheduling conflicts, I write to respectfully request an extension of 31 days, up to and including January 19, 2016 to submit the joint status letter, originally due December 18, 2015, pursuant to Judge Failla's October 22nd Order. (Docket No. 21) Plaintiffs have consented to this request. This is the first such extension requested.

    I thank the Court for its consideration of this request.

                              Very truly yours,

                              SEYFARTH SHAW LLP

                              Joanna S. Smith

JSS
Cc: Counsel of Record (via email)

Michelle Koo (via email)

WASHINGTON, D.C. | SYDNEY | SHANGHAI | SAN FRANCISCO | SACRAMENTO | NEW YORK | MELBOURNE | LOS ANGELES | LONDON | HOUSTON | CHICAGO | BOSTON | ATLANTA

U.S. POSTAGE >> PITNEY BOWES

ZIP 10018 $ 000.46
02 1W
0001398813 DEC 10 2015

NEW YORK
NY 100
11 DEC '15
PM 6 L

The Pro Se Intake Unit
United States District Court Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007

10007133059

SEYFARTH
SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405

RECEIVED
SDNY PRO SE OFF.
2015 DEC 16  AM 10