# SEYFARTH SHAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 18, 2015

**MEMO ENDORSED**

Writer's direct phone
(212) 218-5566

Writer's e-mail
jssmith@seyfarth.com

December 10, 2015

**VIA U.S. MAIL**

The Pro Se Intake Unit
United States District Court Southern District of New York
500 Pearl Street, Room 200
New York, New York 10007

    Re:    *Gamero et al. v Koodo Sushi Corp. et al.*
            **Case No.: 15-CV-02697 (KPF)**

To Whom It May Concern:

    I write this letter on behalf of Defendant Michelle Koo in the above-referenced case. On November 17, 2015, I filed a notice of limited appearance of pro bono counsel on behalf of Ms. Koo pursuant to Judge Failla's Order in the above-referenced matter, dated October 22, 2015. (Docket No. 21). Shortly after I filed the limited notice of appearance, Ms. Koo travelled to China on family business and only just returned to New York this week. I myself will be out of the country until December 20th. In light of these scheduling conflicts, I write to respectfully request an extension of 31 days, up to and including January 19, 2016 to submit the joint status letter, originally due December 18, 2015, pursuant to Judge Failla's October 22nd Order. (Docket No. 21) Plaintiffs have consented to this request. This is the first such extension requested.

    I thank the Court for its consideration of this request.

Very truly yours,

SEYFARTH SHAW LLP

*Joanna S. Smith*

Joanna S. Smith

SO ORDERED.

A copy of this Order was mailed by Chambers to:

Michelle Koo
55 Liberty Street
New York, NY 10005

Application GRANTED.

Dated:    December 18, 2015
            New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   CHICAGO   BOSTON   ATLANTA