# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540
New York, New York 10165

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 20, 2016

**MEMO ENDORSED**

**BY ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

          Re:    Gamero, et al. v. Koodo Sushi Corp., et al.,
                  15 Civ. 2697 (KPF)(SN)

Your Honor:

      I am an attorney with the office of Michael Faillace & Associates, attorneys for plaintiffs in the above-referenced matter. I write jointly with Ms. Joanna Smith, who appears on behalf of defendant Michelle Koo solely for the limited purpose contained in Your Honor's Order for Limited Appearance of Pro Bono Counsel dated October 22, 2015 (the "October 22nd Order"). We write to inform the Court of the status of this matter.

      Ms. Smith has met with Ms. Koo on multiple occasions, pursuant to the October 22nd Order, to review the case with her, advise her of the statutes implicated by the litigation and the options available to her. After meeting with Ms. Koo, Ms. Smith has conveyed to Plaintiffs' counsel that Ms. Koo is not interested in settlement at this time. At this time, Ms. Smith respectfully requests that her limited representation in the above-referenced matter be terminated as she has fulfilled the purposes outlined in the October 22nd Order.

      Plaintiffs are appreciative of Ms. Smith's efforts, however, in light of the fact that we have not reached any form of settlement or alternative agreement, Plaintiffs must continue litigating this matter before the Court. The parties respectfully request a conference before the Court to schedule outstanding discovery and determine the next steps in this matter.

The parties thank the Court for its attention to this matter.

> Respectfully Submitted,
>
> _____/s/_____
> Raquel A. Gutiérrez
> Michael Faillace & Associates, P.C.
> *Attorneys for Plaintiff*

cc:
Joanna Smith, Esq. (By Email)
jssmith@seyfarth.com

Michelle Koo (By Email)
55 Liberty Street
New York, NY 10005
Mhkoo366@yahoo.com
*Pro Se*

The Court has received and reviewed the parties' status letter. (Dkt. #26). It is hereby ORDERED that Ms. Smith's limited representation of Defendant Koo is terminated, and that she is relieved from her responsibilities in this case. It is further ORDERED that the parties shall appear for a conference on **February 10, 2016, at 4:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: January 20, 2016
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

---

*A copy of this Order was mailed by Chambers to:*

Michelle Koo
55 Liberty Street
New York, NY 10005