# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

March 11, 2016

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

    Re: <u>Gamero, et al. v. Koodo Sushi Corp., et al.</u>,
       15 Civ. 2697 (KPF)

Your Honor:

  I am an attorney with the office of Michael Faillace & Associates, attorneys for plaintiffs in the above-referenced matter. Per Your Honor's direction at the status conference held on February 10, 2016, Ms. Koo was to submit a letter to the Court by today regarding the status of discovery and whether she has turned over all of the materials she intends to use at trial.

  Ms. Koo and I have been communicating over the last several days over email. Ms. Koo has not drafted a letter of her own, but asked that I draft and submit this letter on her behalf. I therefore submit this letter on behalf of Ms. Koo.

  Per Ms. Koo's representations via email, it appears that she has turned over everything that she intends to use at trial.

  The parties respectfully request guidance from the Court on how to proceed in preparation for trial in this case.

  The parties thank the Court for its attention to this matter.

                 Respectfully Submitted,

                 _____/s/_____
                 Raquel A. Gutiérrez
                 Michael Faillace & Associates, P.C.
                 *Attorneys for Plaintiff*

cc:
Michelle Koo (By Email)
55 Liberty Street
New York, NY 10005
Mhkoo366@yahoo.com
*Pro Se*