```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 21, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                     :
    ISRAEL GAMERO, *et al.*,                         :
                                                     :
                              Plaintiffs,            :    15 Civ. 2697 (KPF)
                                                     :
                    v.                               :    ORDER
                                                     :
    KOODO SUSHI CORP., *et al.*,                     :
                                                     :
                              Defendants.            :
                                                     :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the parties appear for a pre-trial conference with the Court on May 18, 2016, at 4:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    April 21, 2016
          New York, New York

                                          _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Michelle Koo
55 Liberty Street
New York, New York 10005
```