```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
ISRAEL GAMERO, *et al.*,                              :
                                                      :
                              Plaintiffs,             :     15 Civ. 2697 (KPF)
                                                      :
            v.                                        :     ORDER
                                                      :
KOODO SUSHI CORP., *et al.*,                          :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

Pursuant to the parties' conference with the Court on May 18, 2016, trial in this matter will be set to begin on **October 17, 2016**, at **9:00 a.m**. The following pretrial schedule is hereby ORDERED:

The parties' Joint Pretrial Order, motions *in limine*, proposed findings of fact and conclusions of law, and any pretrial memoranda of law will be due **September 19, 2016**. Any opposition papers will be due **September 26, 2016**. The final pretrial conference will be scheduled for **October 4, 2016**, at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

   SO ORDERED.

Dated:   May 18, 2016
         New York, New York

                                          _____
                                               KATHERINE POLK FAILLA
                                             United States District Judge