```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 20, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
ISRAEL GAMERO, *et al.*,                              :
                                                      :
                                   Plaintiffs,        :    15 Civ. 2697 (KPF)
                                                      :
                        v.                            :    ORDER
                                                      :
KOODO SUSHI CORP., *et al.*,                          :
                                                      :
                                   Defendants.        :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    The motion of M. Theodore Takougang for admission to practice *Pro Hac Vice* in the above-captioned action is hereby GRANTED. Mr. Takougang has declared that he is a member in good standing of the bar of the State of Ohio, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | M. Theodore Takougang |
| Firm Name: | Latham & Watkins LLP |
| Address: | 885 Third Avenue |
| City, State, Zip: | New York, New York 10022 |
| Telephone/Fax: | (212) 906-1200 / (212) 751-4864 |

    Mr. Takougang has requested admission *Pro Hac Vice* for all purposes as counsel for Defendants Michelle Koo and Koodo Sushi Corp. Accordingly, it is hereby ORDERED that Mr. Takougang is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:    May 20, 2016
             New York, New York

                                                            KATHERINE POLK FAILLA
                                                             United States District Judge