```
FALLGAMC

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   ISRAEL GAMERO, et al.,

 4                Plaintiffs,

 5           v.                              15 CV 2697 (KPF)

 6   KOODO SUSHI CORP, et al.,

 7                Defendants.

 8   ------------------------------x
                                             New York, N.Y.
 9                                           October 21, 2015
                                             4:03 p.m.
10
     Before:
11
                    HON. KATHERINE POLK FAILLA,
12
                                             District Judge
13
                              APPEARANCES
14
     MICHAEL FAILLACE & ASSOCIATES, P.C.
15        Attorneys for Plaintiffs
     BY:  RAQUEL A. GUTIERREZ
16
     MICHELLE KOO, Pro se
17
```

FALLGAMC

1            (In open court)
2            THE DEPUTY CLERK:  In the matter of Israel Gamero, et
3    al., v. Koodo Sushi Corporation, et al.  If the parties could
4    please identify themselves for the record, beginning with
5    plaintiff.
6            MS. GUTIERREZ:  Raquel Gutierrez from Michael Faillace
7    & Associates on behalf of all plaintiffs.
8            THE COURT:  Good afternoon.
9            Ms. Koo, good afternoon.
10           MS. KOO:  Ms. Koo from Koodo Sushi.
11           THE COURT:  Good afternoon.
12           I was made aware by Judge Netburn that efforts to
13   resolve this case short of extended litigation were not
14   successful.
15           What I'd like to do is the following.  I'd like to
16   speak to each of you privately in the robing room to the extent
17   you're willing to discuss with me whether there is any
18   possibility of continuing or building on the discussions that
19   were had before Judge Netburn.
20           And with particular respect to Ms. Koo, because of the
21   circumstances and the discussions that we had when I first met
22   with her, I will be asking her separately a little bit about
23   her financial condition to determine whether I am to appoint
24   pro bono counsel to her for a limited purpose to continue this
25   litigation.  I say for a limited purpose because I'm not sure I

FALLGAMC

1  could get someone for all purposes, but I also am not
2  comfortable given what she has said to me in the past letting
3  her go forward unrepresented.
4       So what I'd like to do first is I'm going to take a
5  few moments with Ms. Koo and then I'm going to take a few
6  moments with Ms. Gutierrez.  And this may be a very short
7  meeting, in which case we'll talk about what to do going
8  forward in the case, or it may be a longer meeting, in which
9  case we'll keep talking.
10       Thank you very much.  And we'll go off the record now.
11                              o0o