```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 7, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   ISRAEL GAMERO, *et al.*,                  :
                                                      :
                              Plaintiffs,  :   15 Civ. 2697 (KPF)
                                                      :
                    v.                          :   <u>ORDER</u>
                                                      :
   KOODO SUSHI CORP., *et al.*,               :
                                                      :
                              Defendants.  :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Defendants' letter motion to reopen discovery for 60 days in order to (i) depose Plaintiffs Gamero, Mastranzo, and Sanchez, and to (ii) serve a limited set of discovery requests. (Dkt. #36). The Court has also received Plaintiffs' response in opposition, referencing numerous attempts over the course of the prior discovery period to ensure Defendant Koo's understanding of and compliance with discovery procedures. (Dkt. #45).

    In the interest of allowing both parties' full preparation for trial, and because this trial will not begin until October 17, 2016, it is hereby ORDERED that discovery will be reopened for a 60-day period, during which Defendants may (i) serve the limited discovery requests appended to their letter motion and (ii) depose <u>one</u> Plaintiff.

    Further, in order to mitigate any prejudice to Plaintiffs, it is ORDERED that Defendant Koo (i) respond fully to previously served interrogatories and document requests and (ii) be made available for a full deposition.

SO ORDERED.

Dated:     June 7, 2016
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge