UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISRAEL GAMERO, NORBERTO MASTRANZO AND OSCAR SANCHEZ, individually and on behalf of others similarly situated,

                      *Plaintiffs*,

   -against-

KOODO SUSHI CORP. (d/b/a KOODO SUSHI), RAYMOND KOO and MICHELLE KOO,

                      *Defendants*.

15 Civ. 2697 (KPF)(SN)

**RULE 7.1 STATEMENT OF KOODO SUSHI CORP.**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Koodo Sushi Corp. ("Koodo"), a non-governmental corporate party, states as follows:

    1.    Koodo has no corporate parent.

    2.    Based solely on Koodo's knowledge, no publicly held corporation owns 10% or more of Koodo's stock.

Dated:   New York, New York
         June 8, 2016

                                               LATHAM & WATKINS LLP

                                        By /s/ Thomas J. Giblin
                                                Richard D. Owens
                                                Thomas J. Giblin
                                                Eric L. Taffet
                                                M. Theodore Takougang (*pro hac vice*)
                                                885 Third Avenue
                                                New York, New York 10022-4834
                                                Telephone: (212) 906-1200
                                                Facsimile: (212) 751-4864
                                                Email: richard.owens@lw.com
                                                thomas.giblin@lw.com
                                                eric.taffet@lw.com
                                                theodore.takougang@lw.com

                                                *Attorneys for Defendants Koodo Sushi Corp. and Michelle Koo*