```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 13, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
    ISRAEL GAMERO, *et al.*,

                        Plaintiffs,        15 Civ. 2697 (KPF)

           v.                              ORDER

    KOODO SUSHI CORP., *et al.*,

                        Defendants.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    In light of the fact that the Court is no longer requiring direct testimony by affidavit, the parties' obligations with respect to submission of proposed findings of fact and conclusions of law are deferred until after the upcoming trial, which will begin on October 17, 2016.

    SO ORDERED.

Dated:    September 13, 2016
              New York, New York

                                                        _____
                                                          KATHERINE POLK FAILLA
                                                       United States District Judge