UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISRAEL GAMERO, NORBERTO MASTRANZO
AND OSCAR SANCHEZ, *individually and on behalf*          **Index No.  15-cv-02697**
*of others similarly situated,*                                                        **(KPF)**

                          *Plaintiffs*,

        -against-
KOODO SUSHI CORP. (d/b/a KOODO SUSHI),
RAYMOND KOO and MICHELLE KOO,

                          *Defendants.*
------------------------------------------------------------------X

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that upon the annexed memorandum of law,  the undersigned will move this Court, at the United States Courthouse for the Southern District of New York, before the Honorable Katherine P. Failla for an Order precluding testimony of Defendants' witnesses "Yazhong Zhang" and "Quirong Lin" together with such other and further relief as the Court may deem just and proper.

    Dated:  New York, New York
             September 16, 2016

                                            MICHAEL FAILLACE & ASSOCIATES, P.C.

                                            By:  __/s/SHAWN CLARK _____ _____
                                               Shawn R. Clark
                                               60 East 42nd Street, Suite 2020
                                               New York, New York 10165
                                               (212) 317-1200
                                               *Attorneys for Plaintiff*