```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  Gamero et al v. Koodo Sushi Corp. et al _____, No. 15cv2697 ____.

The date(s) for which such authorization is provided is (are) 10/4/16 and 10/17/16 _____.

| Attorney | Device(s) |
|---|---|
| 1. Richard Owens | iPhone |
| 2. Thomas Giblin | iPhone, BlackBerry |
| 3. M. Theodore Takougang | iPhone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

ADDITIONAL ATTORNEYS AND DEVICES

| **Attorney** | **Device(s)** |
| --- | --- |
| 4. Eric Taffet | iPhone |
| 5. William Kalema (attorney not admitted to SDNY) | iPhone |
| 6. Thomas Pearce (attorney not admitted to SDNY) | iPhone, BlackBerry |
| 7. Arielle Nagel (attorney not admitted to SDNY) | iPhone, BlackBerry |
| 8. Stephen Krasner (paralegal) | iPhone |

Dated: September 30, 2016
New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE