```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    ISRAEL GAMERO, et al.,                            :
                                                      :
                              Plaintiffs,             :    15 Civ. 2697 (KPF)
                                                      :
                     v.                               :         ORDER
                                                      :
    KOODO SUSHI CORP., et al.,                        :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 4, 2016

KATHERINE POLK FAILLA, District Judge:

The motion of Thomas C. Pearce for admission to practice *Pro Hac Vice* in the above-captioned action is hereby GRANTED. Mr. Pearce has declared that he is a member in good standing of the bar of the State of New York, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Thomas C. Pearce |
| Firm Name: | Latham & Watkins LLP |
| Address: | 885 Third Avenue |
| City, State, Zip: | New York, New York 10022 |
| Telephone/Fax: | (212) 906-1200 / (212) 751-4864 |

Mr. Pearce has requested admission *Pro Hac Vice* for all purposes as counsel for Defendants Koodo Sushi Corp. and Michelle Koo. Accordingly, it is hereby ORDERED that Mr. Pearce is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:     October 4, 2016
           New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge