**Thomas J. Giblin**
Direct Dial: 212.906.1232
Thomas.Giblin@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

October 7, 2016

<u>VIA ECF</u>

Hon. Katherine P. Failla
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Gamero v. Koodo Sushi Corp.*, No. 15-cv-2697 (KPF)

Dear Judge Failla:

      We respectfully write to inform you that we anticipate that Ruyi Wu, one of the proposed defense witnesses in the above-captioned case, will not testify at trial.  Ms. Wu was disclosed as a potential witness in the Joint Preliminary Trial Report Pretrial Order, Dkt. No. 53.  At the pretrial conference on October 4, 2016, we indicated that Ms. Wu would testify, but that she was unable to do so on Tuesday, October 18, due to medical treatments she receives every Tuesday.  Late in the day on Wednesday, October 5, 2016, however, we learned that Ms. Wu would be traveling to Shanghai, China that night to visit her father who we understand to be extremely, and possibly terminally, ill.  Ms. Wu does not plan to return to New York until after the trial has concluded.  In light of this development, we do not anticipate calling Ms. Wu at trial.

      Sincerely,

      /s/ Thomas J. Giblin

      Thomas J. Giblin
      of LATHAM & WATKINS LLP

cc:   All counsel of record (via ECF)