Thomas J. Giblin
Direct Dial: 212.906.1232
Thomas.Giblin@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

October 7, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 11, 2016

**MEMO ENDORSED**

VIA ECF

Hon. Katherine P. Failla
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Gamero v. Koodo Sushi Corp.*, No. 15-cv-2697 (KPF)

Dear Judge Failla:

We respectfully write pursuant to Rule 9.B. of Your Honor's Individual Practices to request that the following attorneys be permitted to bring the electronic devices described below into the Courthouse for use during trial scheduled for October 17, 2016:

| | |
|---|---|
| 1. Richard Owens | Laptop computer |
| 2. Thomas Giblin | Laptop computer |
| 3. M. Theodore Takougang | Laptop computer |
| 4. Eric Taffet | Laptop computer |
| 5. Thomas Pearce | Laptop computer |
| 6. Serrin A. Turner (attorney not admitted to SDNY) | Laptop computer, Blackberry |
| 7. William Kalema (attorney not admitted to SDNY) | Laptop computer |
| 8. Arielle Nagel (attorney not admitted to SDNY) | Laptop computer |
| 9. Stephen Krasner (paralegal) | Laptop computer |

**LATHAM & WATKINS** LLP

Sincerely,

*[signature]*

Thomas J. Giblin
of LATHAM & WATKINS LLP

As Defendants are aware, the Court's counsel table will not accommodate nine laptops at any time, but Defendants' request is GRANTED. Defendants are instructed to bring a surge protector, and are also notified that the courtroom does not have wireless internet access.

Dated:   October 11, 2016          SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP