# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1650 |

_____

sclark@faillacelaw.com

October 21, 2016

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   <u>Gamero et al v. Koodo Sushi Corp. et al</u>,
               15 cv 2697 (KPF)

Your Honor:

     This office represents Plaintiffs in the above referenced matter. Plaintiffs write to inform the Court that, as discussed on the final day of trial in this matter, the undersigned has reviewed the entirety of the medical records Plaintiff Oscar Sanchez has in his possession concerning his daughter's hospitalizations. The records reflect she was admitted to the Children's Hospital at Montefiore in the Bronx on May 13, 2014 and was discharged on November 13, 2014. The records also reflect that she was referred for follow-up appointments at that same hospital. The remainder of the content of the records speak exclusively to her medical treatment.

     Plaintiffs thank the Court for its attention to this matter.

                                      Respectfully Submitted,
                                      _____/s/_____
                                      Shawn Clark [SC6015]
                                      MICHAEL FAILLACE & ASSOCIATES, P.C.
                                      *Attorneys for Plaintiffs*