# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

December 9, 2016

**BY ECF & ELECTRONIC MAIL**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

　　　　　　Re:　Gamero, et al. v. Koodo Sushi Corp., et al.,
　　　　　　　　　15 Civ. 2697 (KPF)

Your Honor:

　　　　I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. Plaintiffs write to respectfully request an extension of time from December 16, 2016 to January 13, 2016 to submit Findings of Fact and Conclusions of Law in this matter. Defendants consent to this request, and this is the first request for an extension of time to submit Findings of Fact and Conclusions of Law in this matter.

　　　　The requested extension of time is necessary because the undersigned was recently assigned a trial date in the matter of *Rosales v. Gerasimos Enterprises Inc.*, 16-cv-2278 (RA) (AJP) for December 19, 2016. Due to the demands of trial preparation in that matter, which involves six plaintiffs, as well as upcoming holidays, Plaintiffs request an extension to January 13, 2016 to submit their Findings of Fact and Conclusions of Law.

　　　　Plaintiffs thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Shawn Clark
　　　　　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

cc:
Thomas J. Giblin (By ECF)
*Attorney for Defendants*