**Thomas J. Giblin**
Direct Dial: (212) 906-1232
thomas.giblin@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

December 12, 2016

VIA ECF AND EMAIL

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 12, 2016
```

**MEMO ENDORSED**

Re:  *Israel Gamero, et al. v. Koodo Sushi Corp., et al.*,
     1:15-cv-2697 (KPF)(SN) (S.D.N.Y.)

Dear Judge Failla:

    I write in response to, and to clarify, Plaintiffs' letter motion requesting an extension of time to submit proposed findings of fact and conclusions of law in the above-referenced matter. *See* Dkt. 71. Defendants' consent was conditioned on the understanding that they would receive any extension granted to Plaintiffs; this is consistent with Defendants' understanding that the parties' post-trial briefing is intended to be simultaneous. Defendants therefore respectfully request that they also receive any extension of time that is granted to Plaintiffs.

    I have discussed this matter with Plaintiffs' counsel and he does not oppose this clarification.

Respectfully submitted,

/s/ Thomas J. Giblin
Thomas J. Giblin
of LATHAM & WATKINS LLP

cc:  All Counsel of Record (via ECF)

The Court's understanding of Plaintiffs' letter motion (Dkt. #71) aligns with the view set forth in this letter.  To be clear:  the **parties** have until **January 13, 2017** to submit proposed findings of fact and conclusions of law.

Dated:     December 12, 2016          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE