UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL GAMERO, NORBERTO MASTRANZO AND OSCAR SANCHEZ, *individually and on behalf of others similarly situated,*<br><br>                    *Plaintiffs*,<br><br>         -against-<br><br>KOODO SUSHI CORP. (d/b/a KOODO SUSHI), RAYMOND KOO and MICHELLE KOO,<br><br>                    *Defendants.* | Case No. **15-cv-2697 (KPF)** |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Israel Gamero, Norberto Mastranzo, and Oscar Sanchez, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on September 29, 2017.

Date:  October 19, 2017
           New York, NY

                                            Michael Faillace & Associates, P.C.


                                    By:    /s/ Shawn R. Clark
                                            Shawn Raymond Clark
                                            Michael Faillace & Associates, P.C.
                                            60 East 42nd Street, Suite 4510
                                            New York, New York 10165
                                            Telephone: (212) 317-1200
                                            Facsimile: (212) 317-1620