**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------

| | |
|---|---|
| ISRAEL GAMERO, NORBERTO MASTRANZO AND OSCAR SANCHEZ, *individually and on behalf of others similarly situated,* | 15-cv-02697 (KPF) |
| *Plaintiffs*, | **NOTICE OF MOTION** |
| -against- | |
| KOODO SUSHI CORP. (d/b/a KOODO SUSHI), RAYMOND KOO and MICHELLE KOO, | |
| *Defendants.* | |

---------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Shawn R. Clark, the accompanying Memorandum of Law, and all the papers and proceedings had herein, Plaintiffs will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10070, on a date to be determined by the Court, for an Order awarding Plaintiffs attorneys' fees and costs, as well as such further relief as the Court deems just and proper.

Dated:   New York, New York
         October 25, 2017

                                        MICHAEL FAILLACE & ASSOCIATES, P.C.

                              By:   /s/Shawn R. Clark
                                    Shawn R. Clark
                                    60 East 42nd Street, Suite 4510
                                    New York, New York 10165
                                    Telephone: (212) 317-1200
                                    Facsimile: (212) 317-1620
                                    *Attorneys for Plaintiffs*