# APPENDIX A

## Attorneys' Fees and Costs Calculation
*Gamero et al v. Koodo Sushi Corp, et al*
*1:15-cv-02697-KPF*

| FEES | | | | | | |
|---|---|---|---|---|---|---|
| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER | HIGHEST REASONABLE RATE | HIGHEST REASONABLE AMOUNT |
| Mar-25-15 | Meeting with client, intake/ retainer | 1.30 | 585.00 | MF | 350 | 455.00 |
| Mar-26-15 | Research | 0.75 | 337.50 | MF | 350 | 262.50 |
| Mar-27-15 | Drafted complaint | 4.50 | 2,025.00 | MF | 350 | 1,575.00 |
| Apr-06-15 | Meeting with client, reviewed complaint | 1.50 | 675.00 | MF | 350 | 525.00 |
| Apr-07-15 | Finalized and filed complaint | 2.90 | 1,305.00 | MF | 350 | 1,015.00 |
| Jun-18-15 | Prepared affidavit of service and mailed order and judge's rules to defendants | 0.25 | 93.75 | RG | 175 | 43.75 |
| Jul-02-15 | Prepared initial submissions for court and spoke with defendant and emailed drafts to defendant | 0.75 | 281.25 | RG | 175 | 131.25 |
| Jul-07-15 | Prepared discovery requests and initial disclosures | 0.50 | 187.50 | RG | 175 | 87.50 |
| | E-mailed and responded to email of defendant Michelle Koo | 0.25 | 93.75 | RG | 175 | 43.75 |
| Jul-16-15 | Conference Initial | 1.00 | 375.00 | SC | 200 | 200.00 |
| Aug-19-15 | Meeting with Michelle Koo to go over discovery | 1.50 | 562.50 | RG | 175 | 262.50 |
| Sep-15-15 | Meeting with Ms. Koo | 1.50 | 562.50 | RG | 175 | 262.50 |
| Sep-16-15 | Meeting with clients Gamero and Sanchez | 1.00 | 375.00 | RG | 175 | 175.00 |
| Sep-30-15 | drafted and emailed court ex parte settlement letter | 1.50 | 562.50 | RG | 175 | 262.50 |
| Oct-07-15 | Preparation and attendance Settlement Conference | 3.50 | 1,312.50 | RG | 175 | 612.50 |
| Oct-21-15 | preparation and attendance at status conference | 1.50 | 562.50 | RG | 175 | 262.50 |
| Nov-30-15 | drafted email to pro bono counsel | 0.25 | 93.75 | RG | 175 | 43.75 |
| Dec-01-15 | email to pro bono d/c | 0.10 | 37.50 | RG | 175 | 17.50 |
| Dec-10-15 | emailed d/c | 0.10 | 37.50 | RG | 175 | 17.50 |
| Jan-19-16 | drafted and filed status letter | 0.50 | 187.50 | RG | 175 | 87.50 |
| Feb-10-16 | preparation and attendance status conference | 1.50 | 562.50 | RG | 175 | 262.50 |
| Feb-29-16 | review case and email d/c | 0.20 | 75.00 | RG | 175 | 35.00 |
| Mar-18-16 | Telephone Conference w/ Judge Failla | 0.10 | 37.50 | RG | 175 | 17.50 |
| May-18-16 | Preparation/attendance Status Conference | 1.50 | 562.50 | RG | 175 | 262.50 |
| May-31-16 | Research and drafting discovery response letter | 2.00 | 750.00 | RG | 175 | 350.00 |
| Jun-01-16 | Drafting Letter re: Discovery | 2.00 | 750.00 | RG | 175 | 350.00 |
| Jul-29-16 | Drafted Discovery responses and emailed to d/c | 1.50 | 562.50 | RG | 175 | 262.50 |
| Aug-11-16 | Deposition preparation w/ Plaintiff Sanchez | 1.60 | 600.00 | RG | 175 | 280.00 |
| Aug-15-16 | Inspection of Defendant Documents at D/C Office | 1.50 | 562.50 | RG | 175 | 262.50 |
| | Deposition Preparation | 2.60 | 975.00 | RG | 175 | 455.00 |
| Aug-16-16 | Depositions Ms. Koo and Plaintiff Sanchez | 9.00 | 3,375.00 | RG | 175 | 1,575.00 |
| Aug-31-16 | Review of Case Mats | 1.00 | 375.00 | SC | 200 | 200.00 |
| Sep-12-16 | Drafted JPTO | 2.00 | 750.00 | SC | 200 | 400.00 |
| Sep-13-16 | Prepared JPTO calcs | 0.40 | 150.00 | SC | 200 | 80.00 |
| Sep-19-16 | Finalized JPTO | 1.00 | 375.00 | SC | 200 | 200.00 |
| | Drafted in limine motion | 1.50 | 562.50 | SC | 200 | 300.00 |
| Sep-28-16 | Conference with Counsel | 1.00 | 375.00 | SC | 200 | 200.00 |
| Oct-04-16 | Conference & Prep | 1.50 | 562.50 | SC | 200 | 300.00 |
| Oct-05-16 | Preparation re Trial | 1.00 | 375.00 | SC | 200 | 200.00 |
| Oct-06-16 | Preparation re Trial, Deps | 2.00 | 750.00 | SC | 200 | 400.00 |
| Oct-07-16 | Deposition Prep | 1.50 | 562.50 | SC | 200 | 300.00 |
| Oct-10-16 | attend deposition of additional witnesses | 4.50 | 1,575.00 | MS | 150 | 675.00 |
| | Deposition | 4.50 | 1,687.50 | SC | 200 | 900.00 |
| Oct-11-16 | Preparation re Trial | 3.50 | 1,312.50 | SC | 200 | 700.00 |
| Oct-12-16 | Preparation re Trial | 4.00 | 1,500.00 | SC | 200 | 800.00 |
| Oct-13-16 | Depose Ms. Koo re: additional documents | 2.50 | 875.00 | MS | 150 | 375.00 |
| Oct-14-16 | prepare witnesses for trial | 3.00 | 1,050.00 | MS | 150 | 450.00 |
| | Preparation re Trial | 7.00 | 2,625.00 | SC | 200 | 1,400.00 |
| Oct-15-16 | Prepare Mr. Mastranzo for trial | 1.50 | 525.00 | MS | 150 | 225.00 |
| Oct-17-16 | Trial | 6.00 | 2,700.00 | MS | 150 | 900.00 |
| | Attendance at Trial, Trial Prep | 8.00 | 3,000.00 | SC | 200 | 1,600.00 |
| Oct-18-16 | Trial | 5.00 | 1,750.00 | MS | 150 | 750.00 |
| | Attendance at Trial | 6.00 | 2,250.00 | SC | 200 | 1,200.00 |
| Oct-19-16 | Preparation re trial | 4.00 | 1,500.00 | SC | 200 | 800.00 |
| Oct-20-16 | Trial | 5.00 | 2,250.00 | MS | 150 | 750.00 |
| | Attendance at Trial | 6.00 | 2,250.00 | SC | 200 | 1,200.00 |
| Oct-21-16 | Correspondence to Crt | 0.20 | 75.00 | SC | 200 | 40.00 |
| Dec-09-16 | Correspondence to Crt | 0.15 | 56.25 | SC | 200 | 30.00 |
| Jan-05-17 | Drafted PFFCL | 1.00 | 375.00 | SC | 200 | 200.00 |
| Jan-09-17 | annotate transcript for proposed findings | 0.50 | 175.00 | MS | 150 | 75.00 |
| | Drafted PFFCL | 3.00 | 1,125.00 | SC | 200 | 600.00 |
| Jan-11-17 | Drafted PFFCL | 1.50 | 562.50 | SC | 200 | 300.00 |
| Jan-12-17 | draft my sections of proposed findings | 1.00 | 350.00 | MS | 150 | 150.00 |
| Jan-13-17 | draft, edit and finalize portions of proposed findings | 2.00 | 700.00 | MS | 150 | 300.00 |
| | Finalized PFFCL | 4.00 | 1,500.00 | SC | 200 | 800.00 |
| Sep-28-17 | Reviewed Trial Opinion | 0.75 | 281.25 | SC | 200 | 150.00 |
| Sep-29-17 | Correspondence to D Counsel | 0.50 | 187.50 | SC | 200 | 100.00 |
| Oct-06-17 | Telephone call with D | 0.40 | 150.00 | SC | 200 | 80.00 |
| Oct-10-17 | Correspondence to counsel | 0.05 | 18.75 | SC | 200 | 10.00 |
| Oct-12-17 | Conference with co-counsel re fee, review of fees | 1.50 | 562.50 | SC | 200 | 300.00 |
| | Totals | 148.60 | $ 56,871.25 | | | $ 28,895.00 |
| | Compensable Time Reduction | | | | 40% | $ 11,558.00 |
| | Total after Compensable Time Reduction | | | | | $ 17,337.00 |
| | Additional Reduction for Lack of Success | | | | 50% | $ 8,668.50 |
| | Total after Additional Reduction for Lack of Success | | | | | $ 8,668.50 |

| COSTS | | | |
|---|---|---|---|
| | Filing Fee | | 400.00 |
| Aug-25-16 | Transcript t | | 890.66 |
| Oct-26-16 | interpreter fee | | 2,500.00 |
| | interpreter fee | | 1,500.00 |
| Oct-25-17 | Transcript | | 374.40 |
| Totals | | | $ 5,665.06 |
| Total Minus Redundant Interpreter's Fee ($1,500) | | | $ 4,165.06 |

| **Total Fee & Disbursements** | | | $ 12,833.56 |
|---|---|---|---|
| **Balance Now Due** | | | $ 12,833.56 |

Color Key
Defendants' Calculations
Plaintiffs' Billing Sheet