N.Y.S.D. Case #
15-cv-2697(KPF)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand and eighteen.

_____

Israel Gamero, Norberto Mastranzo, Oscar Sanchez, Individually, on behalf of others similarly situated,

    Plaintiffs - Appellants,

v.

Koodo Sushi Corp., DBA Koodo Sushi, Michelle Koo,

    Defendants - Appellees,

Raymond Koo,

    Defendant.

_____

STATEMENT OF COSTS
Docket No. 17-3356

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 16 2018

    IT IS HEREBY ORDERED that costs are taxed in the amount of $400.00 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 11/16/2018